# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07CV6338
JUDGE LEFKOW
MAG. JUDGE VALDEZ

In the Matter of

ANNA SZYMCZAK and CARYL CLEMENT, Plaintiff

v.

OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WEST AMERICAN INSURANCE COMPANY

FILED
NOV 08 2007
NOV 0 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Christina D. Harrison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christina D. Harrison | |
| FIRM<br>Williams Montgomery & John Ltd. | |
| STREET ADDRESS<br>20 N. Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256916 | TELEPHONE NUMBER<br>312-443-3252 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |