27625.00BWO3         Document #: 758328         Firm No. 412

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.:  07 C 6338 |
| OHIO CASUALTY GROUP/WEST AMERICAN ) | |
| INSURANCE COMPANY, ) | Judge:  Joan H. Lefkow |
| ) | |
| Defendant. ) | Magistrate Judge Valdez |

### NOTICE OF MOTION AND NOTICE OF ELECTRONIC FILING

TO:  Joseph R. Curcio, Esq., Curcio Law Offices, 161 N. Clark Street, Suite 2550. Chicago, Illinois 60601

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached Joint Motion for Modification of Case Scheduling Order.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Lefkow | 1932 | 11/13/07 | 9:30 a.m. |

I hereby certify that on November 8, 2007, this Notice and the attached **Motion to Extend Time to Answer or Otherwise Plead Pursuant to Federal Rule of Civil Procedure 6(b)(1)** on behalf of defendant West American Insurance Company were filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division using the CM/ECF system; were mailed via U.S. Mail, to the above named counsel at the above address; and were hand delivered to Judge Lekow's drop box outside Room 1932.

By:   /s/ Christina D. Harrison
Christina D. Harrison, ARDC No. 6256916
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant A.G. Edwards & Sons, Inc.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Tel: 312-443-3227
Fax: 312-630-8527
E-Mail: bcn@willmont.com