27625.00BWO3/emm/Document #: 758904                                          Firm No. 04933

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  07 CV 06338 |
| | ) | |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### JURY DEMAND

The undersigned, as attorney, enters the jury demand of the defendants **OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY.**

By:   /s/ Bradley C. Nahrstadt
Bradley C. Nahrstadt, ARDC No. 6210713
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendants
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Tel: 312-443-3227
Fax: 312-630-8527
E-Mail: bcn@willmont.com

### NOTICE OF ELECTRONIC FILING - CERTIFICATE OF SERVICE

To:    All Parties Who Have Appeared

I hereby certify that on November 15, 2007, I electronically filed this document pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to all counsel who have appeared.

By:   /s/ Bradley C. Nahrstadt
Bradley C. Nahrstadt, ARDC No. 6210713
Williams Montgomery & John Ltd.