27625.00BWO3               Document #: 761189                Firm No. 412

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 07 C 6338 |
| ) | |
| WEST AMERICAN INSURANCE COMPANY, ) | Judge: Joan H. Lefkow |
| ) | |
| Defendant. ) | Magistrate Judge Valdez |

### NOTICE OF FILING

| TO: | Joseph R. Curcio, Esq.<br>Curcio Law Offices<br>161 N. Clark Street, Suite 2550<br>Chicago, Illinois 60601 | |
|---|---|---|

PLEASE TAKE NOTICE that on December 17, 2007, the undersigned electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant West American Insurance Company's Answer and Affirmative Defenses to Plaintiffs' Complaint at Law**.

Respectfully submitted,

By:   /s/ Christina D. Harrison
One of the attorneys for Defendant

Bradley C. Nahrstadt
Christina D. Harrison
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF COOK         )

## CERTIFICATE OF SERVICE

I, Christina D. Harrison, an attorney, certify that on December 17, 2007, service of **Defendant West American Insurance Company's Answer and Affirmative Defenses to Plaintiffs' Complaint at Law** was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's Electronic Filing system, which will send notice electronically to:

Joseph R. Curcio, Esq.
Curcio Law Offices
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601

/s/ Christina D. Harrison