JRC/ams/200-297            01/17/08            #02485

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OHIO CASUALTY GROUP/WEST AMERICAN )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | No. 07 C 6338<br><br>Judge: Joan H. Lefkow<br><br>Magistrate Judge Valdez |

**PLAINTIFF'S REPLY TO DEFENDANT WEST AMERICAN INSURANCE COMPANY'S AFFIRMATIVE DEFENSES**

NOW COME the Plaintiffs, ANNA SZYMCZAK and CARYL CLEMENT, by their attorneys, CURCIO LAW OFFICES, and in answer to Defendant, WEST AMERICAN INSURANCE COMPANY'S Affirmative Defenses states as follows:

FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs deny the allegations contained in defendant's First Affirmative Defense.

SECOND AFFIRMATIVE DEFENSE

2. Plaintiffs deny the allegations contained in defendant's Second Affirmative Defense.

THIRD AFFIRMATIVE DEFENSE

3. Plaintiffs deny the allegations contained in defendant's Third Affirmative Defense.

WHEREFORE, Plaintiffs, ANNA SZYMCZAK and CARYL CLEMENT, pray

2

this Honorable Court strike defendant's, WEST AMERICAN INSURANCE COMPANY, affirmative defenses, that judgment be entered in favor of plaintiff with costs, and for whatever further relief this Court deems just.

                              Respectfully submitted,

                              CURCIO LAW OFFICES

                    By:     /s/  Joseph R. Curcio
                              Joseph R. Curcio

Attorneys for Plaintiff
161 North Clark Street
Suite 2550
Chicago, Illinois 60601
(312) 321-1111
Attorney No. 02485