JRC/ams/200-297               01/17/08                    #02485

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT,                      )<br>                                                                               )<br>                    Plaintiffs,                                  )<br>                                                                               )          No. 07 C 6338<br>         v.                                                                )<br>                                                                               )          Judge:  Joan H. Lefkow<br>OHIO CASUALTY GROUP/WEST AMERICAN  )<br>INSURANCE COMPANY,                               )          Magistrate Judge Valdez<br>                                                                               )<br>                    Defendants.                              ) | |

## NOTICE OF ELECTRONIC FILING

TO:   Christina D. Harrison, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois 60606, cdk@willmont.com

TAKE NOTICE PLEASE that I have caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on the **17th** day of **January, 2008**, **Plaintiff's Reply to Defendant's, West American Insurance Company, Reply to Affirmative Defenses,** copies of which are attached hereto and hereby served upon you.

                                                            CURCIO LAW OFFICES
                                                            Attorneys for Plaintiff

                                              By:            /s/ Joseph R. Curcio

Suite 2550
161 North Clark Street
Chicago, Illinois  60601
(312) 321-1111

## CERTIFICATE OF SERVICE

The undersigned, certifies that pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that the foregoing Notice of Filing, together with the attached document were served upon the attorney to whom they are directed by e-mail on the 23rd day of October, 2007.

                                                             /s/ Joseph R. Curcio