IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 07 C 6338 |
| v. | ) |
| | ) Judge: Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN | ) |
| INSURANCE COMPANY, | ) Magistrate Judge Valdez |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

TO:   Christina Diane Harrison, Esq., Williams Montgomery & John, Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois 60606

   PLEASE TAKE NOTICE that I have caused to be filed with the Clerk of the United States Court for the Northern District of Illinois on this 19th day of February 2008, Plaintiff's Certificate of Service for her Request for Production Directed to the Defendant, via the Case Management/Electronic Case Filing system to the above-names attorney.  A copy of the document was sent via U.S. Mail on February 19, 2008.

                                        CURCIO LAW OFFICES


                                        By: /s/ Joseph R. Curcio
                                              JOSEPH R. CURCIO

Attorneys for Plaintiffs
161 North Clark Street
Suite 2550
Chicago, Illinois 60601
(312) 321-1111