JRG/ams/200-297                  05/20/08                    #02485

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 6338 |
| v. | ) | |
| | ) | Judge:  Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND NOTICE OF ELECTRONIC FILING**

To:   Christina D. Harrison, Williams Montgomery & John, Ltd., 20 North Wacker   Drive, Suite 2100, Chicago, Illinois  60606

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago Illinois before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached Routine Motion for Leave to File First Amended Complaint at Law.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Lefkow | 1932 | 05/29/08 | 9:30 a.m. |

I hereby certify that on May 21, 2008, this Notice and the attached **Motion for Leave to File First Amended Complaint** were filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division using the CM/ECF system; were mailed via U.S. Mail to the above named counsel at the above address; and were hand delivered to Judge Lefkow's drop box outside Room 1932.

                                          By:      /s/ Joseph R. Curcio
                                                   Joseph R. Curcio
                                                   Attorneys for Plaintiffs
                                                   CURCIO LAW OFFICES
                                                   161 North Clark Street, Suite 2525
                                                   Chicago, Illinois  60606
                                                   Tel:  312-321-1111
                                                   Fax: 312-630-8527
                                                   E-mail: info@curcio-law.com