JRG/ams/200-297				05/20/08				#02485

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, )<br>)<br>Plaintiffs, )<br>)<br>v.    )<br>)<br>OHIO CASUALTY GROUP/WEST AMERICAN )<br>INSURANCE COMPANY,    )<br>)<br>Defendants.    ) | No. 07 C 6338<br><br>Judge:  Joan H. Lefkow<br><br>Magistrate Judge Valdez |

**NOTICE OF MOTION AND NOTICE OF ELECTRONIC FILING**

To:	Abigail Sivan, Ph.D., 2000 Dewes Street, Glenview, IL 60025

Christina D. Harrison, Williams Montgomery & John, Ltd., 20 North Wacker   Drive, Suite 2100, Chicago, Illinois  60606

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago Illinois before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached Motion for Rule to Show Cause Against Dr. Abigail Sivan and Motion to Compel West American Insurance Company to Produce Certain Records.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Lefkow | 1932 | 05/29/08 | 9:30 a.m. |

I hereby certify that on May 21, 2008, this Notice and the attached **Motion for Rule to Show Cause Against Dr. Abigail Sivan and Motion to Compel West American Insurance Company to Produce Certain Records** were filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division using the CM/ECF system; were mailed via U.S. Mail to the above named counsel at the above address; were mailed via certified U.S. Mail to Dr. Abigail Sivan at the above address; and by facsimile to Dr. Abigail Sivan at (847) 730-3003; and were hand delivered to Judge Lefkow's drop box outside Room 1932.

By:	/s/ Joseph R. Curcio
Joseph R. Curcio
Attorneys for Plaintiffs
CURCIO LAW OFFICES
161 North Clark Street, Suite 2525
Chicago, Illinois  60606
Tel:  312-321-1111
Fax: 312-630-8527
E-mail: info@curcio-law.com