**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Anna Szymczak, et al.

                        Plaintiff,

v.                                                  Case No.: 1:07–cv–06338
                                                  Honorable Joan H. Lefkow

Ohio Casualty Group / West American Insurance Co.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiffs' motion for leave to file first amended complaint [20] and Plaintiffs' motion for rule to show cause and motion to compel [22] reset to 6/3/2008 at 09:30 AM by agreement.Mailed and telephoned notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.