JRC/mf/200-297                                                                                      6/11/08

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 6338 |
| v. | ) | |
| | ) | Judge: Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ELECTRONIC FILING

TO:   Christina D. Harrison, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois 60606, cdk@willmont.com

TAKE NOTICE PLEASE that I have caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on the **10th** day of **June, 2008**, Plaintiffs' **Reply to Defendant's Response to Plaintiffs' Motion to Compel West American Insurance Company to Produce Certain Records and Motion for Rule to Show Cause Against Dr. Abigail Sivan,** copies of which are attached hereto and hereby served upon you.

                                                                CURCIO LAW OFFICES
                                                                Attorneys for Plaintiff

                                                By:     s/ Joseph R. Curcio

Suite 2550
161 North Clark Street
Chicago, Illinois 60601
(312) 321-1111

### CERTIFICATE OF SERVICE

The undersigned, certifies that pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that the foregoing Notice of Filing was served upon the attorney to whom it is directed by e-mail on the 11th day of June, 2008.

                                                                 s/ Joseph R. Curcio