JRC/mf/200-297                                                                                                6/11/08

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 6338 |
| v. | ) | |
| | ) | Judge: Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ELECTRONIC FILING

TO:    Christina D. Harrison, Williams Montgomery & John Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois  60606, cdk@willmont.com

   TAKE NOTICE PLEASE that I have caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on the **11th** day of **June, 2008**, Plaintiffs' **Exhibits** to Reply to Defendant's Response to Plaintiffs' Motion to Compel West American Insurance Company to Produce Certain Records and Motion for Rule to Show Cause Against Dr. Abigail Sivan, copies of which are attached hereto and hereby served upon you.

                                                                CURCIO LAW OFFICES
                                                                Attorneys for Plaintiff


                                                   By:    s/ Joseph R. Curcio

Suite 2550
161 North Clark Street
Chicago, Illinois  60601
(312) 321-1111

### CERTIFICATE OF SERVICE

   The undersigned, certifies that pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that the foregoing Notice of Filing was served upon the attorney to whom it is directed by e-mail on the 11th day of June, 2008.

                                                          s/ Joseph R. Curcio