27625.00BWO3            Document #: 778633            Firm No. 412

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6338 |
| OHIO CASUALTY GROUP/WEST AMERICAN | ) | |
| INSURANCE COMPANY, | ) | Judge: Joan H. Lefkow |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

### NOTICE OF MOTION AND NOTICE OF ELECTRONIC FILING

TO:     Joseph R. Curcio, Esq., Curcio Law Offices, 161 N. Clark Street, Suite 2550. Chicago, Illinois 60601

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on Defendant's Request for Direction On How To Comply With The June 18, 2008 Ruling, a copy of which is attached.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Lefkow | 1925 | 07/01/08 | 9:30 a.m. |

     I hereby certify that on June 24, 2008, this Notice and the attached Request for Direction On How To Comply With The June 18, 2008 Ruling on behalf of defendant West American Insurance Company were filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division using the CM/ECF system; and were hand delivered to Judge Lekow's drop box outside Room 1932.

                         By:    /s/ Christina D. Harrison
                                   Christina D. Harrison, ARDC No. 6256916
                                   WILLIAMS MONTGOMERY & JOHN LTD.
                                   Attorneys for Defendant A.G. Edwards & Sons, Inc.
                                   20 North Wacker Drive, Suite 2100
                                   Chicago, IL 60606
                                   Tel: 312-443-3227
                                   Fax: 312-630-8527
                                   E-Mail: bcn@willmont.com