Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6338 | DATE | 7/1/2008 |
| CASE TITLE | Szymczak vs. Ohio Casualty Group | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for direction on how to comply with the June 18, 2008 ruling [32] granted as stated on the record. Enter Protective Order Governing Disclosure of Confidential Information Pursuant to June 18, 2008 Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

FILED
2008 JUN 31 PM 2:52
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|