27625.00BWO3       Firm No. 412              Document #: 778822

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6338 |
| | ) | |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | Judge: Joan H. Lefkow |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

[PROPOSED]
## PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL INFORMATION PURSUANT TO JUNE 18, 2008 ORDER

On June 18, 2008, the Court ordered the disclosure of all materials generated in the examination of Anna Szymczak by Doctor Sivan, including the testing scores and raw data ("Sivan Information"). Pursuant to the Court's June 18, 2008 Order and Fed. R. Civ. P. 26(c)(7), the Court enters the following Protective Order regarding disclosure of the Sivan Information:

1. The Sivan Information is Confidential and may be disclosed only to the individuals set forth below and may be used by those individuals only in connection with preparation of this case:

(a)   Counsel for the plaintiffs and defendant;

(b)   Arbitrators in the underinsured arbitration underlying this Action who have signed Appendix A; and

(c)   Any consulting or testifying mental health professionals retained by defendant or plaintiffs to assist in preparation of this Action and who has signed Appendix A.

1

The Sivan Information may not be disclosed to the parties.

2. Any reference to the Sivan Information in a deposition or at an arbitration hearing will be treated the same as the documents containing the Sivan Information under this Order.

3. The Sivan Information shall **NOT** be filed with any Court, without leave of Any party wishing to file or submit the Sivan Information to a Court must move the Court for leave to file or submit into evidence the Sivan Information under seal. If granted leave to file the Sivan Information under seal, the submitting party must file a redacted copy of the Sivan Information with the Clerk of Court for the record.

4. The issue of how any Sivan Information may be used at trial in this matter is specifically reserved and will be addressed at a later date.

5. Within 30 days after termination of this Action (including the resolution of all appeals, if any), all persons having received Sivan Information must either make a good faith effort to return such material and all copies thereof to Dr. Sivan or destroy all such material and certify that fact in writing to the Opposing Party.

**SO ORDERED:**

Date: JUL 0 1 2008

United States District Court

JUL 0 1 2008

## APPENDIX A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6338 |
| | ) | |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) ) | Judge: Joan H. Lefkow |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

## AGREEMENT CONCERNING SIVAN INFORMATION

I, _____, acting as _____ hereby certify that:

1. I have read the Protective Order entered in the above-captioned action, and understand its terms.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purpose of this litigation.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

5. I make this certificate this _____ day of _____, 2008.


_____ (SIGNATURE)


## PROOF OF SERVICE

I, Christina D. Harrison, an attorney, certify that on June 25, 2008, the above Proposed Protective Order was submitted electronically to Judge Lefkow at Proposed_Order_Lefkow@ilnd.uscourts.gov with a copy sent electronically to:
    info@curcio-law.com
    kmillan@curcio-law.com

    Joseph R. Curcio, Esq.
Curcio Law Offices
161 N. Clark Street, Suite 2550

    Chicago, Illinois 60601
Counsel for Plaintiffs
<u>Anna Szymczak and Caryl Clement</u>

By:    <u>/s/ Christina D. Harrison</u>