JRG/pah/200-297　　　　　　07/23/08

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, ) | |
| )　　Plaintiffs, ) | |
| ) | No. 07 C 6338 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN ) | |
| INSURANCE COMPANY, ) | Magistrate Judge Valdez |
| ) | |
| 　　Defendants. ) | |

**AGREEMENT CONCERNING SIVAN INFORMATION**

I, Joseph R. Curcio, acting as counsel for Plaintiffs ANNA SZYMCZAK and CARYL CLEMENT, hereby certify that:

1.　I have read the Protective Order entered in the above-captioned action, and understand its terms.

2.　I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purpose of this litigation.

3.　I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.　I make this certificate this 23rd day of July, 2008.

　　　　　　　　　　　　　　　　　　　s/ Joseph R. Curcio
　　　　　　　　　　　　　　　　　　　CURCIO LAW OFFICES

Attorneys for Plaintiffs
Suite 2500
161 North Clark Street
Chicago, Illinois  60601
312/321-1111