JRG/pah/200-297                                                                                   07/23/08

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SZYMCZAK and CARYL CLEMENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 6338 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| OHIO CASUALTY GROUP/WEST AMERICAN INSURANCE COMPANY, | ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ELECTRONIC FILING**

TO:   Christina D. Harrison, Williams, Montgomery & John, Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois  60606, cdk@willmont.com

   TAKE NOTICE PLEASE that I have caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on the **23rd day of July, 2008**, **Joseph R. Curcio's executed Agreement Concerning Sivan Information,** a copy of which is attached hereto and hereby served upon you.

                                                            CURCIO LAW OFFICES
                                                            Attorneys for Plaintiff


                                        By:   s/ Joseph R. Curcio

Suite 2550
161 North Clark Street
Chicago, Illinois  60601
(312) 321-1111

**CERTIFICATE OF SERVICE**

   The undersigned certifies that, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the foregoing Notice of Filing was served upon the attorney to whom it is directed by e-mail on the 23rd day of July, 2008.

                                             s/ Joseph R. Curcio